Decided April 24, 1995

DANIEL J. WHALEN *v.* MILTON E. IVES, SR.

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 7 (AC 12764), is denied.

*Wesley W. Horton, Christy Scott* and *Kevin C. Connors,* in support of the petition.

*Daniel J. Whalen,* pro se, in opposition.

Decided April 24, 1995

STATE OF CONNECTICUT *v.* KENNETH WOKOMA

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 35 (AC 11979), is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 24, 1995